

**CIVIL**

_____WHITMAN_____ COUNTY SUPERIOR COURT

Case Information Cover Sheet (CICS)

**Case Number** __21-2-00030-38__        **Case Title** __Christopher Locken v. Jasmine Robinson, et al.__

**Attorney Name** _____Erin C. Dyer_____        **Bar Membership Number** __35585__

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.        _Form updated 12/28/2020_

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ABJ | Abstract of Judgment | ☐ | PRG | Property Damage – Gangs |
| ☐ | ABL | Abusive Litigation | ☐ | PRP | Property Damages |
| ☐ | ALR | Administrative Law Review | ☐ | QTI | Quiet Title |
| ☐ | ALRJT | Administrative Law Review-Jury Trial (L&I) | ☐ | RDR | Relief from Duty to Register |
| ☐ | BAT | Ballot Title | ☐ | RFR | Restoration of Firearm Rights |
| ☐ | CHN | Non-Confidential Change of Name | ☐ | SDR | School District-Required Action Plan |
| ☐ | CBC | Contractor Bond Complaint | ☐ | SER | Subdivision Election Process Law Review |
| ☐ | COL | Collection | ☐ | SPC | Seizure of Property-Commission of Crime |
| ☐ | CON | Condemnation | ☐ | SPR | Seizure of Property-Resulting from Crime |
| ☐ | COM | Commercial | ☐ | STK | Stalking Petition |
| ☐ | CRP | Pet. for Cert. of Restoration of Opportunity | ☐ | SXP | Sexual Assault Protection |
| ☐ | DOL | Appeal Licensing Revocation | ☐ | TAX | Employment Security Tax Warrant |
| ☐ | DVP | Domestic Violence | ☐ | TAX | L & I Tax Warrant |
| ☐ | EOM | Emancipation of Minor | ☐ | TAX | Licensing Tax Warrant |
| ☐ | FJU | Foreign Judgment | ☐ | TAX | Revenue Tax Warrant |
| ☐ | FOR | Foreclosure | ☒ | TMV | Tort – Motor Vehicle |
| ☐ | FPO | Foreign Protection Order | ☐ | TRJ | Transcript of Judgment |
| ☐ | HAR | Unlawful Harassment | ☐ | TTO | Tort – Other |
| ☐ | INJ | Injunction | ☐ | TXF | Tax Foreclosure |
| ☐ | INT | Interpleader | ☐ | UND | Unlawful Detainer – Commercial |
| ☐ | LCA | Lower Court Appeal – Civil | ☐ | UND | Unlawful Detainer – Residential |
| ☐ | LCI | Lower Court Appeal – Infractions | ☐ | VAP | Vulnerable Adult Protection Order |
| ☐ | LUPA | Land Use Petition Act | ☐ | VEP | Voter Election Process Law Review |
| ☐ | MAL | Other Malpractice | ☐ | VVT | Victims of Motor Vehicle Theft-Civil Action |
| ☐ | MED | Medical Malpractice | ☐ | WDE | Wrongful Death |
| ☐ | MHA | Malicious Harassment | ☐ | WHC | Writ of Habeas Corpus |
| ☐ | MSC2 | Miscellaneous – Civil | ☐ | WMW | Miscellaneous Writs |
| ☐ | MST2 | Minor Settlement – Civil (No Guardianship) | ☐ | WRM | Writ of Mandamus |
| ☐ | PCC | Petition for Civil Commitment (Sexual Predator) | ☐ | WRR | Writ of Restitution |
| ☐ | PFA | Property Fairness Act | ☐ | WRV | Writ of Review |
| ☐ | PIN | Personal Injury | ☐ | XRP | Extreme Risk Protection Order |
| ☐ | PRA | Public Records Act | ☐ | XRU | Extreme Risk Protection Order Under 18 |

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW**
_____
_**Please Note: Public information in court files and pleadings may be posted on a public Web site.**_

## APPEAL/REVIEW

**Administrative Law Review**-Petition to the superior court for review of rulings made by state administrative agencies.

**Appeal of a Department of Licensing Revocation**-Appeal of a DOL revocation (RCW 46.20.308(9)).

**Lower Court Appeal-Civil**-An appeal for a civil case; excludes traffic infraction and criminal matters.

**Lower Court Appeal-Infractions**-An appeal for a traffic infraction matter.

## CONTRACT/COMMERCIAL

**Breach of Contract**-Complaint involving monetary dispute where a breach of contract is involved.

**Contractor Bond Complaint**-Complaint for claim against a contractor or subcontractor bond.

**Commercial Contract**-Complaint involving monetary dispute where a contract is involved.

**Commercial Non-Contract**-Complaint involving monetary dispute where no contract is involved.

**Third Party Collection**-Complaint involving a third party over a monetary dispute where no contract is involved.

## PROTECTION ORDER

**Civil Harassment**-Petition for protection from civil harassment.

**Domestic Violence** -Petition for protection from domestic violence.

**Extreme Risk Protection Order**-Petition to restrict ownership, possession, custody or control of a firearm or concealed weapons permit.

**Extreme Risk Protection Order Under 18**-Petition to restrict access, possession, purchase, custody or control of a firearm by a minor.

**Foreign Protection Orders**-Any protection order of a court of the United States, or of any state, territory, or tribal land, which is entitled to full faith and credit in this state.

**Sexual Assault Protection**-Petition under RCW 7.90.020.

**Stalking**- Petition for protection from stalking for victims who do not qualify for a domestic violence protection order. (RCW 7.92.030).

**Vulnerable Adult Protection**-Petition for protection order for vulnerable adults, as those persons are defined in RCW 74.34.020.

## JUDGMENT

**Abstract Only**-A certified copy of a judgment docket from another superior court, an appellate court, or a federal district court.

**Foreign Judgment**-Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.

**Judgment, Another County**-A certified copy of a judgment docket from another superior court within the state.

**Judgment, Another State**-Any judgment, decree, or order from another state that is entitled to full faith and credit in this state.

**Tax Warrants** -A notice of assessment by a state agency creating a judgment/lien in the county in which it is filed. (Four types available.)

**Transcript of Judgment**-A certified copy of a judgment from a court of limited jurisdiction to a superior court in the same county.

## OTHER COMPLAINT/PETITION

**Abusive Litigation-** Request to restrict a current or former intimate partner party from filing abusive litigation for the purposes of harassing, intimidating, or maintaining contact with the other party

**Ballot Title**-Action for review of the ballot title (RCW 29A.36.090).

**Petition for Certificate of Restoration of Opportunity**-Request for order that is intended to facilitate obtaining housing and employment (RCW 9.97.020).

**Change of Name**-Petition for a change of name. If change is confidential due to domestic violence/anti-harassment see case type 5 instead.

**Deposit of Surplus Funds**-Deposit of money or other item with the court.

**Emancipation of Minor**-Petition by a minor for a declaration of emancipation.

**Injunction**-Complaint/petition to require a person to do or refrain from doing a particular thing.

**Interpleader**-Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).

**Malicious Harassment**-Suit involving damages resulting from malicious harassment.

**Minor Settlements**-Petition for a court decision that an award to a minor is appropriate when no letters of guardianship are required (e.g., net settlement value $25,000 or less).

**Petition for Civil Commitment (Sexual Predator)-**Petition for the involuntary civil commitment of a person who 1) has been convicted of a sexually violent offense whose term of confinement is about to expire or has expired, 2) has been charged with a sexually violent offense and who has been determined to be incompetent to stand trial who is about to be released or has been released, or 3) has been found not guilty by reason of insanity of a sexually violent offense and who is about to be released or has been released, and it appears that the person may be a sexually violent predator.

**Property Damage-Gangs-**Complaint involving damage to property related to

gang activity.

**Public Records Act-**Actions filed under RCW 42.56.

**Relief from Duty to Register**-Civil action requesting relief from duty to register as a sex offender. Petition can address the registration obligation that arises from multiple cases. RCW 9A.44.142, 9A.44.143.

**Restoration of Firearms Rights**-Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047. *(Eff. 9-2-2014)*

**School District-Required Action Plan**-Petition filed requesting court selection of a required action plan proposal relating to school academic performance.

**Seizure of Property from the Commission of a Crime**-Seizure of personal property that was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.

**Seizure of Property Resulting from a Crime**-Seizure of tangible or intangible property that is the direct or indirect result of a crime, from a defendant following criminal conviction (e.g., remuneration for, or contract interest in, a depiction or account of a crime).

**Subdivision Election Process Review-**Petition seeking court acknowledgement of compliance (RCW 29A.92).

**Subpoenas**-Petition for a subpoena.

**Voter Election Law Review-**Action filed by voters requesting review of Voting Rights Act (RCW 29A.92).

## PROPERTY RIGHTS

**Condemnation**-Complaint involving governmental taking of private property with payment, but not necessarily with consent.

**Foreclosure**-Complaint involving termination of ownership rights when mortgage or tax foreclosure is involved; ownership is not in question.

**Land Use Petition**-Petition for an expedited judicial review of a land use decision made by a local jurisdiction (RCW 36.70C.040).

**Property Fairness**-Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64 RCW.

**Quiet Title**-Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.

**Unlawful Detainer**-Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.

## TORT, MEDICAL MALPRACTICE

**Hospital**-Complaint involving injury or death resulting from a hospital.

**Medical Doctor**-Complaint involving injury or death resulting from a medical doctor.

**Other Health Care Professional**-Complaint involving injury or death resulting from a health care professional other than a medical doctor.

## TORT, MOTOR VEHICLE

**Death**-Complaint involving death resulting from an incident involving a motor vehicle.

**Non-Death Injuries** -Complaint involving non-death injuries resulting from an incident involving a motor vehicle.

**Property Damage Only**-Complaint involving only property damages resulting from an incident involving a motor vehicle.

## TORT, NON-MOTOR VEHICLE

**Asbestos**-Complaint alleging injury resulting from asbestos exposure.

**Other Malpractice**-Complaint involving injury resulting from other than professional medical treatment.

**Personal Injury**-Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.

**Products Liability**-Complaint involving injury resulting from a commercial product.

**Property Damages**-Complaint involving damage to real or personal property excluding motor vehicles.

**Victims of Motor Vehicle Theft**-Complaint filed by a victim of car theft to recover damages. (RCW 9A.56.078).

**Wrongful Death**-Complaint involving death resulting from other than professional medical treatment.

## WRIT

**Writ of Habeas Corpus**-Petition for a writ to bring a party before the court.

**Writ of Mandamus**-Petition for writ commanding performance of a particular act or duty.

**Writ of Restitution**-Petition for a writ restoring property or proceeds; not an unlawful detainer petition.

**Writ of Review**-Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.

**Miscellaneous Writs**

FILED

MAR 10 2021

JILL B. WHELCHEL
WHITMAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE WASHINGTON

IN AND FOR THE COUNTY OF WHITMAN

| | |
|---|---|
| CHRISTOPHER D. LOCKEN, | NO.   21-2-00030-38 |
| Plaintiff, | |
| vs. | COMPLAINT |
| JASMINE E. ROBINSON, individually and as an employee of FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and JOHN and JANE DOES I through V, | |
| Defendant. | |

Comes now the above-named Plaintiff CHRISTOPHER D. LOCKEN, by and through his

attorney of record, Erin C. Dyer of CRAIG SWAPP & ASSOCIATES, and alleges as follows:

## I. IDENTIFICATION OF PARTIES AND JURISDICTION

1.1     At all times relevant hereto Plaintiff CHRISTOPHER D. LOCKEN was a resident

of Whitman County, Washington.

1.2     At all times relevant hereto Defendant JASMINE E. ROBINSON ("Defendant

Robinson") was a resident of the State of Idaho.

1.3     At all times relevant hereto Defendant FEDERAL EXPRESS CORPORATION,

COMPLAINT  - 1

was a Delaware corporation authorized to do business and doing business in the State of Washington.

1.4      The true names of JOHN AND JANE DOES I-V are unknown.  Each of the Defendants, including the Doe Defendants, is or may be responsible in some manner for Plaintiff's damages, either directly or through the acts and omissions of their agent and employee, and each is or may be the agent and/or employee of the others.  Plaintiff will move the Court to allow amendment when the identities and roles of the John and Doe Defendants become known.

1.5      The automobile accident and negligent acts and damages alleged herein occurred in Whitman County, Washington.

1.6      This Court has jurisdiction over this action and venue is proper in Whitman County, Washington.

## II. NEGLIGENCE

2.1      On or about November 17, 2018, Plaintiff Christopher D. Locken was driving his vehicle in the outside right lane northbound on Stadium Way near the intersection of Grimes Way in Whitman County, Washington.  At the same time, Defendant Robinson was also driving northbound on Stadium Way in the inside left lane approaching the intersection of Grimes Way in a Federal Express van.  Defendant Robinson failed to exercise reasonable care, was negligent and failed to yield the right of way, when she attempted to turn right onto Grimes Way from the inside lane causing a t-bone collision with Plaintiff's vehicle, who was proceeding straight through the intersection.

COMPLAINT  - 2

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

2.2    Defendant Federal Express Corporation was the registered owner of the vehicle being driven by their driver.

2.3    All acts or omissions of Defendant Robinson as the driver of Federal Express Corporation's vehicle were performed within the scope of her employment with Federal Express Corporation, and for the benefit of Federal Express Corporation. Federal Express Corporation is vicariously liable for the acts or omissions of Defendant Robinson.

2.4    Defendant Robinson was negligent in one or more of the following ways:

a.    In failing to keep a proper lookout;

b.    For failing to yield the right of way;

c.    In operating the motor vehicle at a speed greater than is reasonable and prudent under the conditions then there existing;

d.    In failing to remain in control of the motor vehicle which Defendant was operating;

e.    In operating the motor vehicle in a reckless and/or negligent manner;

f.    In operating the motor vehicle with disregard for the safety of others.


### III.  INJURIES

3.1    Plaintiff has suffered bodily and emotional injuries as a direct and proximate result of Defendants' negligence alleged herein.

### IV.  DAMAGES

4.1    As a direct and proximate result of Defendants' negligence, Plaintiff has suffered

COMPLAINT - 3

bodily and emotional injuries, some of which may be permanent and may result in residual permanent disability which will cause pain, suffering, emotional anguish, loss of ability and capacity to enjoy life, health care expenses, a possible loss of earnings over his lifetime, and other general and special damages, economic and non-economic, and is entitled to be compensated for his injuries, incurred past and future physical, mental pain, disability, and medical expenses, in such amounts to be proven at the time of trial herein.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants, and each of them, as follows:

## V. RELIEF SOUGHT

5.1    For an award of damages compensating Plaintiff for past and future general and special damages, economic and non-economic, including pre-judgment interest on Plaintiff's expenses as are allowed by law, in an amount to be proven at the time of trial in this matter.

5.2    For such other and further relief as the Court deems just, equitable and proper.

DATED this 8th day of March, 2021.

CRAIG SWAPP & ASSOCIATES

By: _____
ERIN C. DYER
WSBA No. 35585
Attorneys for Plaintiff

COMPLAINT - 4

FILED

MAR 10 2021

JILL B. WHELCHEL
WHITMAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE WASHINGTON

IN AND FOR THE COUNTY OF WHITMAN

CHRISTOPHER D. LOCKEN,

                           Plaintiff,

vs.

JASMINE E. ROBINSON, individually and as
an employee of FEDERAL EXPRESS
CORPORATION, a Delaware Corporation; and
JOHN and JANE DOES I through V,

    Defendant.

NO.    21-2-00030-38

SUMMONS

---

**THE STATE OF WASHINGTON, COUNTY OF SPOKANE, TO THE SAID DEFENDANT – JASMINE E. ROBINSON:**

A lawsuit has been started against you in the above-entitled court by the above named plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within twenty (20) days after the services of this summons, excluding the day of service, if served within the State of Washington, or within sixty (60) days after service of this summons upon you, excluding the day of service if served out of the State of Washington, or a default judgment may be entered against you without notice. A default judgment is one where the plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned

SUMMONS - 1

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the plaintiff. Within fourteen (14) days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written responses, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 8th day of March, 2021.


                                        CRAIG SWAPP & ASSOCIATES


                                        By:    _____
                                               ERIN C. DYER
                                               WSBA No. 35585
                                               Attorney for Plaintiff


SUMMONS - 2

```
FILED

MAR 10 2021

JILL B. WHELCHEL
WHITMAN COUNTY CLERK
```

IN THE SUPERIOR COURT OF THE STATE WASHINGTON

IN AND FOR THE COUNTY OF WHITMAN

| | |
|---|---|
| CHRISTOPHER D. LOCKEN, | NO.  21-2-00030-38 |
| Plaintiff, | |
| vs. | SUMMONS |
| JASMINE E. ROBINSON, individually and as an employee of FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and JOHN and JANE DOES I through V, | |
| Defendant. | |

**THE STATE OF WASHINGTON, COUNTY OF SPOKANE, TO THE SAID DEFENDANT – FEDERAL EXPRESS CORPORATION**:

A lawsuit has been started against you in the above-entitled court by the above named plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within twenty (20) days after the services of this summons, excluding the day of service, if served within the State of Washington, or within sixty (60) days after service of this summons upon you, excluding the day of service if served out of the State of Washington, or a default judgment may be entered against you without notice. A default judgment is one where the plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned

SUMMONS - 1

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the plaintiff. Within fourteen (14) days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written responses, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 8th day of March, 2021.

CRAIG SWAPP & ASSOCIATES

By: _____
ERIN C. DYER
WSBA No. 35585
Attorney for Plaintiff

SUMMONS - 2

FILED

MAR 10 2021

JILL E WHELCHEL
WHITMAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE WASHINGTON

IN AND FOR THE COUNTY OF WHITMAN

CHRISTOPHER D. LOCKEN,

                              Plaintiff,

vs.

JASMINE E. ROBINSON, individually and as
an employee of FEDERAL EXPRESS
CORPORATION, a Delaware Corporation; and
JOHN and JANE DOES I through V,

    Defendant.

NO.    21-2-00030-38

SUMMONS

**THE STATE OF WASHINGTON, COUNTY OF SPOKANE, TO THE SAID
DEFENDANT – JASMINE E. ROBINSON:**

A lawsuit has been started against you in the above-entitled court by the above named plaintiff.
Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this
summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your
defense in writing, and serve a copy upon the undersigned attorney for the plaintiff within twenty
(20) days after the services of this summons, excluding the day of service, if served within the
State of Washington, or within sixty (60) days after service of this summons upon you, excluding
the day of service if served out of the State of Washington, or a default judgment may be entered
against you without notice.  A default judgment is one where the plaintiff is entitled to what he
asks for because you have not responded.  If you serve a notice of appearance on the undersigned

SUMMONS - 1

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the plaintiff. Within fourteen (14) days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written responses, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this _8th_ day of March, 2021.

CRAIG SWAPP & ASSOCIATES

By: _____
ERIN C. DYER
WSBA No. 35585
Attorney for Plaintiff

SUMMONS - 2

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

```
FILED
MAR 10 2021
JILL E WHELCHEL
WHITMAN COUNTY CLERK
```

IN THE SUPERIOR COURT OF THE STATE WASHINGTON

IN AND FOR THE COUNTY OF WHITMAN

| | |
|---|---|
| CHRISTOPHER D. LOCKEN, | NO.    21-2-00030-38 |
| Plaintiff, | COMPLAINT |
| vs. | |
| JASMINE E. ROBINSON, individually and as an employee of FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and JOHN and JANE DOES I through V, | |
| Defendant. | |

Comes now the above-named Plaintiff CHRISTOPHER D. LOCKEN, by and through his attorney of record, Erin C. Dyer of CRAIG SWAPP & ASSOCIATES, and alleges as follows:

## I. <u>IDENTIFICATION OF PARTIES AND JURISDICTION</u>

1.1     At all times relevant hereto Plaintiff CHRISTOPHER D. LOCKEN was a resident of Whitman County, Washington.

1.2     At all times relevant hereto Defendant JASMINE E. ROBINSON ("Defendant Robinson") was a resident of the State of Idaho.

1.3     At all times relevant hereto Defendant FEDERAL EXPRESS CORPORATION,

COMPLAINT - 1

was a Delaware corporation authorized to do business and doing business in the State of Washington.

1.4    The true names of JOHN AND JANE DOES I-V are unknown.  Each of the Defendants, including the Doe Defendants, is or may be responsible in some manner for Plaintiff's damages, either directly or through the acts and omissions of their agent and employee, and each is or may be the agent and/or employee of the others.  Plaintiff will move the Court to allow amendment when the identities and roles of the John and Doe Defendants become known.

1.5    The automobile accident and negligent acts and damages alleged herein occurred in Whitman County, Washington.

1.6    This Court has jurisdiction over this action and venue is proper in Whitman County, Washington.

## II. <u>NEGLIGENCE</u>

2.1    On or about November 17, 2018, Plaintiff Christopher D. Locken was driving his vehicle in the outside right lane northbound on Stadium Way near the intersection of Grimes Way in Whitman County, Washington.  At the same time, Defendant Robinson was also driving northbound on Stadium Way in the inside left lane approaching the intersection of Grimes Way in a Federal Express van.  Defendant Robinson failed to exercise reasonable care, was negligent and failed to yield the right of way, when she attempted to turn right onto Grimes Way from the inside lane causing a t-bone collision with Plaintiff's vehicle, who was proceeding straight through the intersection.

COMPLAINT - 2

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

2.2    Defendant Federal Express Corporation was the registered owner of the vehicle being driven by their driver.

2.3    All acts or omissions of Defendant Robinson as the driver of Federal Express Corporation's vehicle were performed within the scope of her employment with Federal Express Corporation, and for the benefit of Federal Express Corporation. Federal Express Corporation is vicariously liable for the acts or omissions of Defendant Robinson.

2.4    Defendant Robinson was negligent in one or more of the following ways:

a.    In failing to keep a proper lookout;

b.    For failing to yield the right of way;

c.    In operating the motor vehicle at a speed greater than is reasonable and prudent under the conditions then there existing;

d.    In failing to remain in control of the motor vehicle which Defendant was operating;

e.    In operating the motor vehicle in a reckless and/or negligent manner;

f.    In operating the motor vehicle with disregard for the safety of others.

## III. **INJURIES**

3.1    Plaintiff has suffered bodily and emotional injuries as a direct and proximate result of Defendants' negligence alleged herein.

## IV. **DAMAGES**

4.1    As a direct and proximate result of Defendants' negligence, Plaintiff has suffered

COMPLAINT - 3

bodily and emotional injuries, some of which may be permanent and may result in residual permanent disability which will cause pain, suffering, emotional anguish, loss of ability and capacity to enjoy life, health care expenses, a possible loss of earnings over his lifetime, and other general and special damages, economic and non-economic, and is entitled to be compensated for his injuries, incurred past and future physical, mental pain, disability, and medical expenses, in such amounts to be proven at the time of trial herein.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants, and each of them, as follows:

## V. RELIEF SOUGHT

5.1    For an award of damages compensating Plaintiff for past and future general and special damages, economic and non-economic, including pre-judgment interest on Plaintiff's expenses as are allowed by law, in an amount to be proven at the time of trial in this matter.

5.2    For such other and further relief as the Court deems just, equitable and proper.

DATED this ___ day of March, 2021.

CRAIG SWAPP & ASSOCIATES

By: _____
ERIN C. DYER
WSBA No. 35585
Attorneys for Plaintiff

COMPLAINT - 4

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

1
2
3

> FILED
>
> APR 12 2021
>
> JILL E.WHELCHEL
> WHITMAN COUNTY CLERK

4
5
6

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WHITMAN

7
8

CHRISTOPHER D. LOCKEN,

No. 21-2-00030-38

Plaintiff,

DECLARATION OF SERVICE

Vs.

JASMINE E. ROBINSON, individually and as employee of FEDERAL EXPRESS CORPORATION, a Delaware Corporation; and JOHN and JANE DOES I through V,

Defendant(s),

1. I, MICHAEL W. GRAHAM, of Pierce County, State of Washington, do hereby certify under penalty of perjury under the laws of the state of Washington that the following is true and correct;

I am over eighteen years of age and competent to testify as to the matters herein;

I received one copy of:

- Summons
- Complaint
- Plaintiff's First Set of Interrogatories and Requests for Production of Documents Propounded to Defendant Federal Express Corporation

KKWT PROCESS SERVICES.
P.O. Box 4623
Spanaway, Wa 98387
(253)565-6670

2.  The documents listed above  in Paragraph 1 - was served to : **FEDERAL EXPRESS CORPORATION,** documents were delivered to: **CT CORPORATION SYSTEM;** Registered Agent for the above listed Corporation and accepted by:

☑
☐

_____CYNTHIA JONES_____ Employee for CT Corporation System.

_____ a person of suitable age and discretion who is a resident at the usual place of abode of the individual named above according to the RCW 4.28.080.

3.  Service took place on the  _18th_ day of  _____MARCH_____ 2021 at the hour of  _2:30_ (p.m.)/a.m., within the County of  _THURSTON_ , State of Washington, the following address:

*300 DESCHUTES WAY SW / SUITE 208, TUMWATER, WA  98501*

DATED this  _18th_ day of  _____MARCH_____ , 2021

Signature: _____

Michael W. Graham
Registered Process Server
License #: **12657**
KKWT Process Services
P.O. Box 4623
Spanaway, WA  98387

DECLARATION OF SERVICE
PAGE 2

**KKWT PROCESS SERVICES**.
P.O. Box 4623
Spanaway, Wa  98387
(253)565-6670



**FILED**

APR 12 2021

JILL E. WHELCHEL
WHITMAN COUNTY CLERK

# SUPERIOR COURT OF WASHINGTON, COUNTY OF WHITMAN

CHRISTOPHER D. LOCKEN,

       Plaintiff(s),

  vs.

JASMINE E. ROBINSON, individually and as
an employee of FEDERAL EXPRESS
CORPORATION, a Delaware Corporation; and
JOHN and JANE DOES I through V,

       Defendant(s).

NO.  21-2-00030-38

DECLARATION OF SERVICE

---

I DECLARE:

1.  I am over the age of 18 years, and I am not a party to this action.

2.  I served Jasmine Robinson with the following documents:

   [ ]  a summons, a copy of which is attached, and a petition in this action.
   [ ]  a parenting plan.
   [ ]  an order to show cause
   [x]  other:

   Plaintiff's First Set of Interrogatories and Requests for Production of Documents Propounded to
   Defendant (2 Copies), Summons and Complaint

3.  The date, time and place of service were (if by mail refer to Paragraph 4 below):

   Date:  March 23, 2021   Time:  9:03 AM

   Address:  420 Burrell Ave. (P.O.E. / FedEx Ship Center)
        Lewiston, ID 83501

Page 1

4.      Service was made pursuant to Civil Rule 4(d)

     [x]      by delivery to the person(s) named in paragraph 2 above.
     [ ]      by delivery to _____ a person of suitable age and discretion residing therein.
     [ ]      by publication as provided in RCW 4.28.100. (A copy of the summons is attached.)
     [ ]      (check only if there is a court order authorizing service by mail) by mailing a copy postage prepaid to the person named in the order entered by the court on _____ [Date]. One copy was mailed by ordinary first class mail, the other copy was sent by certified mail return receipt requested. (Attach return receipt below.) The copies were mailed on_____ [Date].

5.      Other:

I declare under penalty of perjury under the laws of the State of Idaho that the foregoing is true and correct.

Signed at _LEWISTON, IDAHO_ on _MARCH 23, 2021_
                [Place]                 [Date]

                                     Signature

                                     Gene Reno
                                     Print or Type Name

Subscribed and sworn to me this _23RD_
day of _MARCH_, 2021.

x _____
Notary Public in and for the State of Idaho

                             _5/7/2024_
                             My Commission Expires

DIANE H RENO
Notary Public State of Idaho
Commission Number 33790
Commission Expires May 7, 2024

Page 2

FILED

APR 20 2021

JILL E. WHELCHEL
WHITMAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE WASHINGTON
IN AND FOR THE COUNTY OF WHITMAN

CHRISTOPHER D. LOCKEN,

                             Plaintiff,

vs.

JASMINE E. ROBINSON, individually and as
an employee of FEDERAL EXPRESS
CORPORATION, a Delaware Corporation; and
JOHN and JANE DOES I through V,

                           Defendants.

NO. 21-2-00030-38

NOTE FOR HEARING

PLEASE TAKE NOTICE that the undersigned will bring on for hearing a Motion for

Default on May 5, 2021 at 10:00 a.m., via remote hearing before the Honorable Judge Libey,

Whitman County Superior Court, 400 N Main Street, Colfax, WA 99111.

DATED this 20th day of April, 2021.

CRAIG SWAPP & ASSOCIATES

By: _____
       ERIN C. DYER, WSBA# 35585
       Attorney for Plaintiff

*NOTE FOR HEARING - 1*

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

## CERTIFICATE OF SERVICE

    I hereby certify that on the _20th_ day of April, 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Jasmine E. Robinson
1916 Ridgeway Drive
Lewiston, ID 83501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Jasmine E. Robinson
1954 Allmon Drive
Lewiston, ID 83501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Federal Express Corporation
CT Corporation System
300 Deschutes Way SW / Suite 208
Tumwater, WA 98501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Christina Lambert
Paralegal to Erin C. Dyer

*NOTE FOR HEARING - 2*

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

FILED

APR 2 0 2021

JILL E. WHELCHEL
WHITMAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE WASHINGTON
IN AND FOR THE COUNTY OF WHITMAN

CHRISTOPHER D. LOCKEN,

                                Plaintiff,

vs.

JASMINE E. ROBINSON, individually and as
an employee of FEDERAL EXPRESS
CORPORATION, a Delaware Corporation; and
JOHN and JANE DOES I through V,

                              Defendants.

NO. 21-2-00030-38

MOTION FOR DEFAULT

COMES NOW the Plaintiff, by and through his attorney, ERIN C. DYER, of CRAIG

SWAPP & ASSOCIATES, and brings this Motion and Declaration for Default.

Plaintiff served the SUMMONS and COMPLAINT upon the Defendant, Jasmine E.

Robinson on March 23, 2021 and upon Defendant Federal Express Corporation on March 18,

2021. Defendants have failed to answer Plaintiff's Complaint for Damages within the time

required by law as per CR 55.

THIS MOTION is based on the records and files herein the Declaration of Erin C. Dyer.

DATED this 20ᵗʰ day of April, 2021.

*MOTION FOR DEFAULT - 1*

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

CRAIG SWAPP & ASSOCIATES

By: ~~Erin C Dyer~~
ERIN C. DYER,
WSBA# 35585
Attorney for Plaintiff

I, ERIN C. DYER declare under penalty of perjury, under the laws of the State of Washington, the following:

1.    I am the attorney for the Plaintiff in the above-entitled matter.  I am competent to be a witness herein and make this declaration upon personal knowledge of its contents.

2.    That service of the SUMMONS and COMPLAINT was made upon the Defendant, Jasmine E. Robinson on March 23, 2021 and upon Federal Express Corporation on March 18, 2021.  True and accurate copies of the Declarations of Service were filed with the Court on April 12, 2021.  Defendants have failed to appear or answer Plaintiff's Complaint for Damages within the time required by law as per CR 55.

3.    Defendant has failed to answer said Complaint.

4.    That an Order of Default should hereby be entered.

5.    The basis for venue herein is that all acts took place in Whitman County, State of Washington.

DATED this ___20th___ day of April, 2021 at Spokane Valley, Washington.

*MOTION FOR DEFAULT - 2*

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

ERIN C. DYER

MOTION FOR DEFAULT - 3

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Jasmine E. Robinson
1916 Ridgeway Drive
Lewiston, ID 83501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Jasmine E. Robinson
1954 Allmon Drive
Lewiston, ID 83501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Federal Express Corporation
CT Corporation System
300 Deschutes Way SW / Suite 208
Tumwater, WA 98501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Christina Lambert
Paralegal to Erin C. Dyer

*MOTION FOR DEFAULT - 4*

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

FILED

APR 2 0 2021

JILL E. WHELCHEL
WHITMAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE WASHINGTON
IN AND FOR THE COUNTY OF WHITMAN

CHRISTOPHER D. LOCKEN,

                            Plaintiff,

vs.

JASMINE E. ROBINSON, individually and as
an employee of FEDERAL EXPRESS
CORPORATION, a Delaware Corporation; and
JOHN and JANE DOES I through V,

                            Defendants.

NO. 21-2-00030-38

**ORDER OF DEFAULT**

(PROPOSED)

From the Plaintiffs' Motion for Default, supported by Affidavit on file herein, it appears to the Court that the Defendants have not appeared or pleaded herein in the manner required by law; that the time limited by law for the Defendants to do so has fully expired; and that the Defendants are now in default. The Court shall enter findings of fact and conclusions of law at a later time.

The Court now declares the defendants, JASMINE E. ROBINSON and FEDERAL EXPRESS CORPORATION, are in default, and such default is hereby ordered entered.

DONE IN OPEN COURT this _____ of _____,_____.

*MOTION FOR DEFAULT - 1*

CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
(509) 252-5037

1

2

3                                                          JUDGE

Presented by:
4

CRAIG SWAPP AND ASSOCIATES
5

6

7    Erin C. Dyer, WSBA #35585
8    Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    *MOTION FOR DEFAULT - 2*                    CRAIG SWAPP & ASSOCIATES
                                                         Attorneys at Law
                                          16201 East Indiana Avenue, Suite 1900
                                                   Spokane Valley, WA 99216
                                                        (509) 252-5037

**CERTIFICATE OF SERVICE**

I hereby certify that on the $\underline{20^{th}}$ day of April, 2021, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Jasmine E. Robinson
1916 Ridgeway Drive
Lewiston, ID 83501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Jasmine E. Robinson
1954 Allmon Drive
Lewiston, ID 83501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Federal Express Corporation
CT Corporation System
300 Deschutes Way SW / Suite 208
Tumwater, WA 98501

☒ U.S. Mail-Certified
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail:
☐ Facsimile:

Christina Lambert
Paralegal to Erin C. Dyer

*MOTION FOR DEFAULT - 3*

Sent on April 30, 2021 via Fax for Filing in Court

```
FILED

APR 30 2021

JILL E. WHELCHEL
WHITMAN COUNTY CLERK
```

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF WHITMAN

| | |
|---|---|
| CHRISTOPHER D. LOCKEN, | ) |
| | ) |
| Plaintiff, | ) NO. 21-2-00030-38 |
| | ) |
| v. | ) NOTICE OF APPEARANCE |
| | ) |
| JASMINE E. ROBINSON, individually and as | ) **CLERK'S ACTION REQUIRED** |
| an employee of FEDERAL EXPRESS | ) |
| CORPORATION, a Delaware Corporation; and | ) |
| JOHN and JANE DOES I through V; | ) |
| | ) |
| Defendants. | ) |

TO:        Christopher D. Locken, Plaintiff

AND TO:        Erin C. Dyer of Craig, Swapp & Associates, Attorney for Plaintiff

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear for Defendants, JASMINE E. ROBINSON, individually and as an employee of FEDERAL EXPRESS CORPORATION, a Delaware Corporation, without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to CR 12(b). All further pleadings and papers, except original process, shall hereafter be served upon said attorney.

///

///

///

NOTICE OF APPEARANCE - 1

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\526\516 DRAGER V. LEGGETT & PLATT\PLEADINGS\APPEARANCES\NOTICE OF APPEARANCE - LEGGETT & PLATT

1    Sent on April 30, 2021 via Fax for Filing in Court

2

3

4

     DATED this 30th day of April, 2021.
5

6                    MERRICK, HOFSTEDT & LINDSEY, P.S.

7                    By _____ /s/ Rossi F. Maddalena _____
                          Rossi F. Maddalena, WSBA #39351
8                         Of Attorney for Defendants

9

10

11                   CERTIFICATE OF SERVICE

12       I declare that I am a citizen of the United States of America, a resident of the State of

13   Washington, am over the age of twenty-one years, am not a party to this action and am

14   competent to be a witness herein. I declare that I caused to be served as indicated below:

15
     Erin C. Dyer, WSBA #35585
16   CRAIG SWAPP & ASSOCIATES
     Attorneys at Law
17   16201 East Indiana Avenue, Suite 1900
     Spokane Valley, WA 99216
18   Email: erin.dyer@craigswapp.com

19

20       DATED April 30, 2021, at Seattle, Washington.

21

22                    _/s/ Veronica M. Abraham_____
                       Veronica M. Abraham, Legal Assistant
23

24

25

26

NOTICE OF APPEARANCE - 2

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

L:\526\516 DRAGER V. LEGGETT & PLATT\PLEADINGS\APPEARANCES\NOTICE OF APPEARANCE - LEGGETT & PLATT

1

Sent on April 30, 2021 via Fax for Filing in Court

2

3

4

5

6

7          IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON

8              IN AND FOR THE COUNTY OF WHITMAN

9    CHRISTOPHER D. LOCKEN,                )
                                           )
10                        Plaintiff,       )    NO. 21-2-00030-38
                                           )
11        v.                               )    NOTICE OF APPEARANCE
                                           )
12   JASMINE E. ROBINSON, individually and as )  **CLERK'S ACTION REQUIRED**
     an employee of FEDERAL EXPRESS        )
13   CORPORATION, a Delaware Corporation; and)
     JOHN and JANE DOES I through V;       )
14                                         )
                                           )
15                        Defendants.      )

16   TO:        Christopher D. Locken, Plaintiff

17   AND TO:    Erin C. Dyer of Craig, Swapp & Associates, Attorney for Plaintiff

18         PLEASE TAKE NOTICE that the undersigned attorneys hereby appear for Defendants,

19   JASMINE E. ROBINSON, individually and as an employee of FEDERAL EXPRESS

20   CORPORATION, a Delaware Corporation, without precluding the right to challenge lack of

21   jurisdiction, insufficiency of process and insufficiency of service of process pursuant to CR

22   12(b).  All further pleadings and papers, except original process, shall hereafter be served upon

23   said attorney.

24   ///

25   ///

26   ///

NOTICE OF APPEARANCE - 1

L:\526\516 DRAGER V. LEGGETT & PLATT\PLEADINGS\APPEARANCE\NOTICE OF APPEARANCE - LEGGETT & PLATT

1

Sent on April 30, 2021 via Fax for Filing in Court

2

3

4

DATED this 30th day of April, 2021.

5

MERRICK, HOFSTEDT & LINDSEY, P.S.

6

7

By _____/s/ Rossi F. Maddalena_____
    Rossi F. Maddalena, WSBA #39351

8

Of Attorney for Defendants

9

10

11

CERTIFICATE OF SERVICE

12

I declare that I am a citizen of the United States of America, a resident of the State of

13

Washington, am over the age of twenty-one years, am not a party to this action and am

14

competent to be a witness herein. I declare that I caused to be served as indicated below:

15

16

Erin C. Dyer, WSBA #35585
CRAIG SWAPP & ASSOCIATES
Attorneys at Law
16201 East Indiana Avenue, Suite 1900
Spokane Valley, WA 99216
Email: erin.dyer@craigswapp.com

17

18

19

20

DATED April 30, 2021, at Seattle, Washington.

21

22

_____/s/ Veronica M. Abraham_____
Veronica M. Abraham, Legal Assistant

23

24

25

26

NOTICE OF APPEARANCE - 2

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0810

L:\526\516 DRAGER V. LEGGETT & PLATT\PLEADINGS\APPEARANCES\NOTICE OF APPEARANCE - LEGGETT & PLATT

# Whitman County Clerk
# FAX FILING COVER SHEET

**Fee per faxed batch:** **$ 4 per batch + $ 1 per document page**
*. Additional service fees apply for online payment.*

**Pay online:** http://whitmancounty.org/DocumentCenter/View/611/Make-a-Payment---Clerk-PDF

- Use Clerk's Reference #  **1010**
- Your emailed receipt  must be submitted as  the second page of your faxed batch

**Your Name:**  Rossi Maddalena                    **Your Firm (if applicable):** Merrick, Hofstedt, & Lindsey, PS

**Your phone #:** 206-682-0610                    **Your email address:** rmaddalena@mhlseattle.com

**Your mailing address:** 3101 Western Ave., Ste. 200, Seattle, WA 98121

*This batch contains documents to be filed in the following Whitman County Superior Court Case(s):*

| Case Number | Case Caption |
|---|---|
| 21-2-00030-38 | Locken v. Robinson, et. al. |
|  |  |
|  |  |

**Total Number of pages to be filed:** _____2_____

*Per GR 17, note* **"SENT on** April 30, 2021_____ **(DATE) VIA FAX FOR FILING IN COURT"** *on the front page of each document to be filed.*

# Please fax batch containing:

## 1) Cover Sheet   2) Payment Receipt and  3)Documents

### To FAX # (509) 397-3546

*You will receive an emailed confirmation when your documents are filed.*

## Questions:  Email clerk@whitmancounty.net



Your payment to Whitman County Clerk was successful.

**Reference Number:**          4335170

**Date/Time:**                 04/30/2021 02:51:32 PM (PST)

**Transaction Total:**         $10.25

**Service Fee:**               $2.25

**Payer Name:**                Tamara Nelson


**Amount To Pay #1:**          $8.00

**Name:**                      Rossi F. Maddalena

**Firm (Optional):**           Merrick, Hofstedt, & Lindsey

**Phone Number:** 2066820610

**Email Address (Optional):** rmaddalena@mhlseattle.com

**Whitman County Clerk's Reference Number (Provided by Clerk at time request made via Phone/Email):** 1010

**Defendant's First Name:** Jasmine

**Defendant's Last Name:** Robinson

**Mailing Address:** 3101 Western Avenue, Suite 200

**City:** Seattle

**State:** Washington

**Zip:** 98121

**Email (optional):** vabraham@mhlseattle.com

**Phone Number:** 2068321790

**Case Number:** 21-2-00030-38

Thank you for your payment.

Sent on May 3, 2021 via Fax for Filing in Court

```
FILED
MAY 03 2021
JILL E. WHELCHEL
WHITMAN COUNTY CLERK
```

IN THE SUPERIOR COURT FOR THE STATE OF WASHINGTON IN AND FOR
THE COUNTY OF WHITMAN

| | |
|---|---|
| CHRISTOPHER D. LOCKEN, ) | |
| ) | |
| Plaintiff, ) | NO. 21-2-00030-38 |
| ) | |
| v. ) | ANSWER AND AFFIRMATIVE |
| ) | DEFENSES OF FEDERAL EXPRESS |
| JASMINE E. ROBINSON, individually and as ) | CORPORATION AND JASMINE E. |
| an employee of FEDERAL EXPRESS ) | ROBINSON |
| CORPORATION, a Delaware Corporation; and ) | |
| JOHN and JANE DOES I through V, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW defendants Federal Express Corporation and Jasmine E. Robinson to answer

plaintiff's Complaint as follows:

I.    IDENTIFICATION OF PARTIES AND JURISDICTION

1.1    Upon information and belief, Defendants admit.

1.2    Admit.

1.3    Admit that Federal Express Corporation is a corporation organized under the laws of the

State of Delaware.  Its principal place of business is located in Memphis, Tennessee.  Federal

Express is authorized to conduct business in the State of Washington.

1.4    Defendants lack sufficient information to admit or deny the allegations in paragraph 1.4

and know of no such entities, therefore deny the same.

DEFENDANTS' ANSWER - 1

1.5     The allegations in paragraph 1.5 of Plaintiff's Complaint contain legal conclusions and questions of law to which no response is required.  To the extent a response is required, Defendants admit that subject collision occurred in Whitman County, Washington.  All other allegations in paragraph 1.5 of Plaintiff's Complaint are denied.

1.6     Paragraph 1.6 contains legal averments requiring no response. To the extent an answer is necessary, Defendants deny the allegations in paragraph 1.6 of Plaintiff's Complaint.

II.     NEGLIGENCE

2.1     The allegations in paragraph 2.1 of Plaintiff's Complaint contain legal conclusions and questions of law to which no response is required.  To the extent a response is required, Defendants admit that subject collision occurred in Whitman County, Washington on Stadium Way near the intersection of Grimes Way.  Defendants admit Defendant Robinson was driving a Federal Express Corporation vehicle.  Defendants admit a collision occurred.  All other allegations in paragraph 2.1 of Plaintiff's Complaint are denied.

2.2     Admit.

2.3     The allegations in paragraph 2.3 of Plaintiff's Complaint contain legal conclusions and questions of law to which no response is required.  To the extent a response is required, Defendants admit Defendant Robinson was driving a Federal Express Corporation vehicle in the scope of her employment.  Defendants admit a collision occurred while Defendant Robinson was driving a Federal Express Corporation vehicle.  All other allegations in paragraph 2.3 are denied.

2.4     The allegations in paragraph 2.4 of Plaintiff's Complaint contain legal conclusions and questions of law to which no response is required.  To the extent a response is required, Defendants deny the allegations in paragraph 2.4 of Plaintiff's Complaint.

III.    INJURIES

3.1     Defendants lacks sufficient information to admit or deny the allegations in paragraph 3.1 of Plaintiff's Complaint and, therefore, deny the same.

//

DEFENDANTS' ANSWER - 2

## IV.    <u>DAMAGES</u>

4.1    Defendants lacks sufficient information to admit or deny the allegations in paragraph 4.1 of Plaintiff's Complaint and, therefore, deny the same.

## V.    <u>AFFIRMATIVE DEFENSES</u>

As further Answer to Plaintiff's Complaint, defendants assert the following defenses and affirmative defenses:

1.    To the extent plaintiff fails to state a claim for which relief can be granted, his complaint should be dismissed in whole or in part.

2.    To the extent plaintiff failed to mitigate his damages, his claims should be precluded and/or reduced to the extent demonstrated by the evidence obtained in discovery and admitted at trial.

3.    To the extent plaintiff's alleged injuries are the result of a previously existing symptomatic condition, his claims may be barred in whole or in part.

5.    To the extent plaintiff's harm was caused by the acts or omissions of third parties over whom defendants had no control, fault should be allocated pursuant to RCW 4.22.070.

6.    Defendants are not liable for plaintiff's own negligence, acts and/or his own conduct which caused or contributed to plaintiff's alleged injuries or damages.

7.    To the extent plaintiff's injuries, if any, were caused by a subsequent event over which defendants had no control or responsibility, his claims may be barred in whole or in part.

8.    Plaintiff's claims should be dismissed due to his failure to complete proper service on Defendant Federal Express Corporation.

9.    Defendants reserve the right to amend or supplement this Answer and Affirmative Defenses to comport with evidence obtained during the course of discovery.

//

//

//

DEFENDANTS' ANSWER - 3

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

1

## PRAYER FOR RELIEF

2      Defendant prays for judgment as follows:

3      1.     Dismissal of plaintiff's claims without recovery and with prejudice;

4      2.     That defendants be awarded all costs and reasonable attorneys' fees permitted by

5  law or equity; and

6      3.     Any other relief the Court deems just and equitable.

7

8      DATED this 3rd day of May, 2021.

9                     MERRICK, HOFSTEDT & LINDSEY, P.S.

10

11                    By _____*/s/ Rossi F. Maddalena*_____
                        Rossi F. Maddalena, WSBA #39351

12                    Of Attorney for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' ANSWER - 4

1

CERTIFICATE OF SERVICE

2

I declare that I am a citizen of the United States of America, a resident of the State of

3

Washington, am over the age of twenty-one years, am not a party to this action and am competent

4

to be a witness herein.  I declare that I caused to be served as indicated below:

5

6      Erin C. Dyer, WSBA #35585
       CRAIG SWAPP & ASSOCIATES
7      Attorneys at Law
       16201 East Indiana Avenue, Suite 1900
8      Spokane Valley, WA 99216
       Email: erin.dyer@craigswapp.com

9

10     DATED May 3, 2021, at Seattle, Washington.

11

12                                              /s/ Veronica M. Abraham
                                              Veronica M. Abraham, Legal Assistant
13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANTS' ANSWER - 5